UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH COOK,

                    Plaintiff,

-against-                      24 **CIVIL 3874** (PMH)

## JUDGMENT

SULLIVAN COUNTY FAMILY COURT OF
NEW YORK STATE UNIFIED COURT
SYSTEM; JUDITH YATES, CHIEF CLERK;
AN ANTHONY MCGINTY, FAMILY COURT
JUDGE; HANNAH PRALL, SUPPORT
MAGISTRATE,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 18, 2024, Plaintiff's complaint is dismissed under the doctrine of sovereign immunity for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), and under the doctrine of judicial immunity as frivolous. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      June 20, 2024

                                                    **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                      **BY:**

                                                   **Deputy Clerk**